# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-1247**                         **September Term, 2015**

**FAA-06/01/15 Letter**

**Filed On: October 2, 2015** [1576251]

Story Preservation Association, Inc., et al.,

      Petitioners

    v.

Federal Aviation Administration and
Michael P. Huerta, Administrator, Federal
Aviation Administration,

      Respondents

## O R D E R

Upon consideration of respondents' motion to stay deadline for filing the certified index to the record, it is

**ORDERED** that the motion be granted, and the deadline for filing the certified index be suspended pending further order of the court.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:   /s/
             Mark A. Butler
             Deputy Clerk