D.C. Cir. No. 15-1247
(Consolidated with 15-1158)

_____

NOT YET SCHEDULED FOR ORAL ARGUMENT

_____

STORY PRESERVATION ASSOCIATION, INC.; ROBERT A. CROFT; WILLO NEIGHBORHOOD ASSOCIATION; MARILYN RENDON; ENCANTO-PALMCROFT HISTORIC PRESERVATION ASSOCIATION, INC.; BRENT J. KLEINMAN; ROOSEVELT ACTION ASSOCIATION, INC.; KARL G. OBERGH; JUDITH HILLMAN-BUTZINE; CHRISTIN PUETZ; JOHN SACCOMAN; TWILA LAKE,

Petitioners,

v.

FEDERAL AVIATION ADMINISTRATION;
MICHAEL HUERTA, Administrator,
Federal Aviation Administration

Respondents.

_____

**PETITIONERS' NOTICE OF CHANGE OF COUNSEL**
_____

DENTONS US LLP
NICHOLAS C. YOST (CA Bar #35927)
nicholas.yost@dentons.com
MATTHEW G. ADAMS (CA Bar # 229021)
matthew.adams@dentons.com
525 Market Street, 26th Floor
San Francisco, California 94105
(415) 882-5000

PETER L. GRAY (D.C. Bar # 397544)
Peter.gray@dentons.com
1900 K St., N.W.
Washington, DC 20006-1102
(202) 496-7707

TERRY GODDARD (AZ Bar #004557)
terry.goddard@dentons.com
2398 East Camelback, Suite 850
Phoenix, AZ  85016
(602) 508-3937

Attorneys for Petitioners STORY PRESERVATION ASSOCIATION, ET AL.

1

PLEASE TAKE NOTICE that NICHOLAS C. YOST of DENTONS US LLP, with his year-end retirement hereby withdraws as attorney of record for Petitioners STORY PRESERVATION ASSOCIATION, ET AL., in this action. Counsel of record for Petitioners otherwise remains the same.

Dated: December 24, 2015

> Respectfully submitted,
>
> DENTONS US LLP
>
> By  /s/ *Nicholas C. Yost*
> 　　　Nicholas C. Yost
> 　　　Matthew G. Adams
> 　　　Terry Goddard
> 　　　Peter L. Gray
> 　　　Jessica Duggan
> 　　　Attorneys for Petitioners

## CERTIFICATE OF SERVICE

I certify that on this 24 day of December, 2015, I electronically filed this *Petitioners' Notice of Change of Counsel* with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. Counsel for all parties are registered to use that system and, to my knowledge, will receive copies of this document upon its filing.

       */s/ Nicholas C. Yost*

Nicholas C. Yost